LOUIS A. LEONE (SBN: 099874)
leonel@stubbsleone.com
KATHERINE A. ALBERTS (SBN: 212825)
albertsk@stubbsleone.com
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:     (925) 974-8600
Facsimile:     (925) 974-8601

Attorneys for Defendants
DEBRA LaPALM, LISA GROTE, SUSAN LOFTUS,
SHAWN MASON and CITY OF SAN MATEO

PHILIP L. GREGORY (SBN:095217)
pgregory@cpmlegal.com
NANCY L. FINEMAN (SBN: 124870)
Nnishimura@cpmlegal.com
CAMILO ARTIGA-PURCELL (SBN: 273229)
cartigapurcell@cpmlegal.com
JENNIFER R. CRUTCHFFIELD (SBN: 275343)
Jcrutchfield@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:     (650) 697-6000
Facsimile:     (650) 697-0577

Attorneys for Plaintiffs
SEAN HUDSON, JILL HUDSON and
HUDSON AUTOMOTIVE, INC.

## THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN HUDSON, et al.<br><br>        Plaintiffs,<br><br>    vs.<br><br>STEPHEN SCOTT et al.<br><br>        Defendants. | **Case No.:   14-cv-03741-CRB**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE REPLY BRIEFS [Local Rule 6-2]**<br><br>**Date:  October 31, 2014**<br>**Time: 10:00 a.m.**<br>**Crtrm: 6** |

The parties to the above captioned matter hereby stipulate by and through their undersigned counsel to the following:

On September 8, 2014, Defendants Debra LaPalm, Lisa Grote, Susan Loftus and Shawn Mason filed a Motion to Dismiss Plaintiff's Complaint.  At the same time, Defendant City of San Mateo also filed a Motion to Dismiss Plaintiff's Complaint.  Moreover, all of these moving Defendants collectively filed a Motion to Strike certain paragraphs of Plaintiffs' Complaint.  These Motions are currently set for hearing on October 31, 2014.

Plaintiffs filed their Oppositions to these three Motions on September 22, 2014.

Defendants' Reply Briefs in support of the three Motions are currently due on September 29, 2014.

Over the weekend of September 27-28, 2014, counsel for Defendants, Katherine Alberts, was incapacitated due to a severe migraine, and was unable to work on Defendants' Reply Briefs.  Given the early stages of this case, Ms. Alberts is the only counsel familiar enough with the issues to draft the Reply Briefs.  Due to the loss of two days time to work on the Reply Briefs, Ms. Alberts requested, and Plaintiffs' counsel agreed to, a one day extension of time for Defendants to file their Reply Briefs to the three Motions.

The parties request that the Court grant Defendants a one day extension of time to file their Reply Briefs in support of Defendants' Motions to Dismiss and Motion to Strike, such that those Reply Briefs must be filed and served on Tuesday, September 30, 2014.

**IT IS SO STIPULATED.**

Dated:  September 29, 2014                    **STUBBS & LEONE**


   /s/ Katherine A. Alberts_____
LOUIS A. LEONE
KATHERINE A. ALBERTS
Attorney for Defendants
DEBRA LaPALM, LISA GROTE, SUSAN
LOFTUS, SHAWN MASON and CITY OF SAN
MATEO

///

///

1    Dated:  September 29, 2014          **COTCHETT, PITRE & MCCARTHY**

2

3                                          /s/ Philip L. Gregory (with expression permission)
                                          PHILIP L. GREGORY
4                                          NANCY L. FINEMAN
                                          CAMILO ARTIGA-PURCELL
5                                          JENNIFER R. CRUTCHFFIELD
                                          Attorneys for Plaintiffs
6                                          SEAN HUDSON, JILL HUDSON and
                                          HUDSON AUTOMOTIVE, INC.
7

8

9                                       **ORDER**

10           Pursuant to the Stipulation of the Parties and good cause showing, Defendants City of

11   San Mateo, Debra LaPalm, Susan Loftus, Lisa Grote and Shawn Mason are hereby granted a one

12   day extension of time to file their Reply Briefs in support of their respective Motions to Dismiss

13   and Motion to Strike.  Defendants shall file their Reply Briefs on Tuesday, September 30, 2014.

14   **IT IS SO ORDERED.**

15

16   Dated:  Sept. 29, 2014          _____

17                                        

18

19

20

21

22

23

24

25

26

27

28

---