LOUIS A. LEONE, ESQ. (SBN 099874)
KATHERINE A. ALBERTS, ESQ. (SBN 212825)
**LEONE & ALBERTS**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
lleone@leonealberts.com
kalberts@leonealberts.com

Attorneys for Defendants
Debra LaPalm, Lisa Grote, Susan Loftus,
Shawn Mason, and the City of San Mateo

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN HUDSON, JILL HUDSON, and HUDSON AUTOMOTIVE, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN SCOTT, DEBRA LaPALM, LISA GROTE, SUSAN LOFTUS, SHAWN MASON, and CITY OF SAN MATEO<br><br>Defendants. | **Case No.: 14-cv-03741-CRB**<br><br>**[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE** |

The parties have filed a stipulation for the dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Based on that stipulation, IT IS HEREBY ORDERED that the above-captioned action is DISMISSMED WITHOUT PREJUDICE.

Dated: August 1, 2018

_____
Hon. Charles R. Breyer

_____
[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE                    Case No. 14-cv-03741-CRB
1